No. 1106. REFIOR *v.* LANSING DROP FORGE CO. ET AL. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Mr. Arthur E. Fixel* for petitioner. *Messrs. Alva M. Cummins* and *Raymond K. Dykema* for respondents.

No. 1021. POWELL ET AL., RECEIVERS, *v.* MARYLAND TRUST CO., SUCCESSOR TRUSTEE; and

No. 1075. NEW YORK TRUST CO., SURVIVING TRUSTEE, *v.* MARYLAND TRUST CO., SUCCESSOR TRUSTEE. April 27, 1942. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. W. R. C. Cocke* and *Harold J. Gallagher* for petitioners in No. 1021. *Messrs. George M. Lanning* and *Irwin L. Tappen* for petitioner in No. 1075. *Messrs. Edward Duffy* and *Carlyle Barton* for respondent.

No. 1033. DAKOTA TRACTOR & EQUIPMENT CO. *v.* UNITED STATES. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. W. H. Shure* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Benjamin M. Brodsky* for the United States.